1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                         **CENTRAL DISTRICT OF CALIFORNIA**
10
11 MAURICE CORNELL CAMPBELL,            ) NO. CV 12-6246-JVS (MAN)
                                        )
12              Petitioner,             )
                                        )
13      v.                              ) ORDER ACCEPTING FINDINGS AND
                                        )
14 McEWING, WARDEN,                     ) RECOMMENDATIONS OF UNITED STATES
                                        )
15              Respondent.             ) MAGISTRATE JUDGE
   _____)
16
17
18     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition
19 for Writ of Habeas Corpus ("Petition"), all of the records herein, the
20 Report and Recommendation of United States Magistrate Judge ("Report"),
21 and petitioner's "Motion for Opposition" to the Report.  The Court has
22 conducted a *de novo* review of those portions of the Report to which
23 objections have been stated in writing.  Having completed its review,
24 the Court accepts the findings and recommendations set forth in the
25 Report.
26
27     Accordingly, IT IS ORDERED that:  (1) the Petition is denied; and
28 (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   October 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE