**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE CORNELL CAMPBELL,     ) | NO. CV 12-6246-JVS (MAN) |
| Petitioner,               ) | |
| v.                                                ) | JUDGMENT |
| McEWING, WARDEN,                      ) | |
| Respondent.              ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  October 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE